NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**SPORTSTAR ATHLETICS, INC.,**
*Plaintiff-Appellant*

**v.**

**WILSON SPORTING GOODS COMPANY,**
*Defendant-Appellee*

———————————

2018-1136

———————————

Appeal from the United States District Court for the Southern District of Texas in No. 4:15-cv-01438, Judge Melinda Harmon.

———————————

**JUDGMENT**

———————————

JOHN J. EDMONDS, Collins Edmonds & Schlather, PLLC, Los Angeles, CA, argued for plaintiff-appellant.

JEFFERY A. KEY, Key & Associates, Chicago, IL, argued for defendant-appellee.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, WALLACH, and HUGHES, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

September 17, 2018
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court